

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00846-CV

Nori Alvarez **BAKER**,
Appellant

v.

**ORANGE PANDA, LLC** and Diana Webb,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08249
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's denial of the motion to dismiss is REVERSED IN PART, and judgment is RENDERED dismissing four of Appellee Diana Webb's defamation claims against Appellant Nori Alvarez Baker. The remainder of the trial court's denial of the motion to dismiss is AFFIRMED. This case is remanded to the trial court for further proceedings consistent with this opinion. It is ORDERED that the parties bear their own costs on appeal.

SIGNED October 28, 2020.

_____
Irene Rios, Justice